IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANDRIENA JACKSON,

    Plaintiff,

v.                                        Civil Action 2:16-cv-184
                                        Judge Michael H. Watson
                                        Magistrate Judge Jolson

AT&T UMBRELLA PLAN NO. 1,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Unopposed Motion to File the Administrative Record under seal.  (Doc. 12).  For good cause shown and consistent with this Court's Preliminary Pretrial Order (Doc. 7), the Motion is **GRANTED**.

    IT IS SO ORDERED.


Date:  March 3, 2017                               /s/ Kimberly A. Jolson
                                                          KIMBERLY A. JOLSON
                                                          UNITED STATES MAGISTRATE JUDGE